IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REGGIE ORLAND RUFFIN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:20-cv-00315-N (BT) |
| | § | |
| FRITO-LAY NORTH AMERICA, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 12th day of February, 2021

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE